UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    PLAINTIFF              )<br>                                     )<br>V.                                 )<br>                                     )<br>                                   )<br>MANUEL PALOMA         )<br>    DEFENDANT          )<br>                                   ) | CRIMINAL NO.: 3:02cr291 (PCD)<br><br><br><br>November 17, 2004 |

## MOTION TO CONTINUE SENTNECING

    The Defendant, **MANUEL PALOMA**, through counsel, hereby moves this Honorable Court to continue sentencing scheduled for November 18, 2004 to December 20, 2004, and states in support the following:

    1.    That on September 3, 2004, the undersigned filed a Motion for Psychiatric Evaluation of the Defendant, **MANUEL PALOMA**. On October 18, 2004, at the request of the Office of U.S. Probation, the undersigned filed a Amended Motion for Psychiatric Evaluation.

    2.    The undersigned had contacted and secured the services of Dr. Paul Amble to conduct an evaluation of the Defendant.

    3.    The undersigned checked the status of the Motion on the Court's ECF/Pacer system. On October 18, 2004, an order was entered by the Court stating "ORDER denying 29 Motion for Psychiatric Exam as to Manuel Paloma (1); denying 30 Motion for Psychiatric Exam

as to Manuel Paloma (1)."  A copy of said report is attached hereto.

4. Based on the denial of both Motions for Psychiatric Examination, the undersigned cancelled a scheduled evaluation with the Defendant and Dr. Paul Amble at the Hartford Correctional Facility.

5. That on November 16, 2004, the undersigned received a facsimile copy of the full order of the Court granting approval for $1,000.00 to conduct and evaluation of the Defendant.

6. That since that time, the Defendant has been transferred to the Donald W. Wyatt Detention Facility in Central Falls, Rhode Island.

7. That the undersigned requests additional time in which to conduct an evaluation of the Defendant with Dr. Paul Amble.  Given the fact that the Defendant has been transferred out of state, the Defendant would request an additional thirty (30) days, or until December 20, 2004.

8. That the undersigned has made contact with Assistant U.S. Attorney William Nardini, and has indicated that he has no objection to the granting of this motion.

WHEREFORE, Defendant prays this Court enter an Order to continue the date for sentencing from November 18, 2004 to December 20, 2004.

        THE DEFENDANT
        **MANUEL PALOMA**

BY: _____
      MICHAEL S. HILLIS
      DOMBROSKI, KNAPSACK & HILLIS, LLC
      205 Whitney Avenue
      New Haven, CT 06511
      (203) 624-9096
      Bar #: ct11867

## **CERTIFICATION**

This is to certify that the foregoing Motion to Continue Sentencing was mailed, postage prepaid, this 16th day of November, 2004, to the following counsel:

**WILLIAM NARDINI**, AUSA
Office of the U.S. Attorney
157 Church Street, 23rd Floor
New Haven, Connecticut 06508

**CARLA JO-WAGGENSTEIN**, USPO
Office of U.S. Probation
450 Main Street
Hartford, Connecticut 06106

**CHAMBERS OF THE HONORABLE
CHRISTOPHER F. DRONEY**
U.S. District Court
450 Main Street
Hartford, Connecticut 06106

_____
MICHAEL S. HILLIS