33

*Granted. Counsel will be advised of the new date. So ordered. [signature] 11/17/[04]*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    PLAINTIFF )<br>)<br>v. )<br>)<br>)<br>MANUEL PALOMA )<br>    DEFENDANT ) | CRIMINAL NO.: ~~3:03cr359(CFD)~~ 3:02cr291(CFD)<br><br>November 16, 2004 |

## MOTION TO CONTINUE SENTNECING

The Defendant, **MANUEL PALOMA**, through counsel, hereby moves this Honorable Court to continue sentencing scheduled for November 18, 2004 to December 20, 2004, and states in support the following:

1. That on September 3, 2004, the undersigned filed a Motion for Psychiatric Evaluation of the Defendant, **MANUEL PALOMA**. On October 18, 2004, at the request of the Office of U.S. Probation, the undersigned filed a Amended Motion for Psychiatric Evaluation.

2. The undersigned had contacted and secured the services of Dr. Paul Amble to conduct an evaluation of the Defendant.

3. The undersigned checked the status of the Motion on the Court's ECF/Pacer system. On October 18, 2004, an order was entered by the Court stating "ORDER denying 29 Motion for Psychiatric Exam as to Manuel Paloma (1); denying 30 Motion for Psychiatric Exam