UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| PLAINTIFF | ) | CRIMINAL NO.: 3:02cr291 (PCD) |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | December 29, 2004 |
| MANUEL PALOMA | ) | |
| DEFENDANT | ) | |
| | ) | |

## MOTION TO CONTINUE SENTENCING

The Defendant, **MANUEL PALOMA**, through counsel, hereby moves this Honorable Court to continue sentencing scheduled for January 5, 2005 to January 19, 2004, and states in support the following:

1. The undersigned had contacted and secured the services of Dr. Paul Amble to conduct an evaluation of the Defendant.

2. That Dr. Amble indicated that he would be unavailable to meet with the Defendant until the week of January 3, 2005, and would request an additional two (2) weeks to prepare his report to for the Court.

3. That the undersigned has made contact with Assistant U.S. Attorney William Nardini, but at the time of this motion, was unable to ascertain his position with regard to same.