FILED

2005 JAN -4 A 11: 52

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

UNITED STATES OF AMERICA                    )
    PLAINTIFF                               )         CRIMINAL NO.: 3:02cr291 (PCD)
                                            )
V.                                          )
                                            )         December 9, 2004
MANUEL PALOMA                               )
    DEFENDANT                               )

## MOTION TO CONTINUE SENTENCING

The Defendant, **MANUEL PALOMA**, through counsel, hereby moves this Honorable

Court to continue sentencing scheduled for January 5, 2005 to January 19 2004, and states in

support the following:

    1.    The undersigned had contacted and secured the services of Dr. Paul Amble to

conduct an evaluation of the Defendant.

    2.    That Dr. Amble indicated that he would be unavailable to meet with the

Defendant until the week of January 3, 2005, and would require an additional two (2) weeks to

prepare his report to for the Court.

    3.    That the undersigned has made contact with Assistant U.S. Attorney William

Nardini, but at the time of this motion, was unable to ascertain his position with regard to same.