UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>PLAINTIFF )<br>)<br>V. )<br>)<br>)<br>)<br>MANUEL PALOMO )<br>DEFENDANT )<br>) | CRIMINAL NO.: 3:02cr291 (CFD)<br><br>February 16, 2006 |

## MOTION FOR PERMISSION TO INCUR EXPENSES
## OF EXPERT WITNESS NUNC PRO TUNC

Pursuant to Title 18, U.S.C. Sec. 3006A, the Defendant, **MANUEL PALOMO**, respectfully requests that he be permitted to submit invoices for the services of Paul Thomas Amble, M.D. for his conferences with the Defendant, review of evidence and reports, preparation of his report for violation of probation purposes, nunc pro tunc. In support, the Defendant states the following:

1. As this Court is aware, Paul Thomas Amble, M.D., was deemed an expert in the field of psychiatry.

2. That the Court granted the Defendant's motion to employ his services for purposes of his evaluation for violation of probation proceedings.

3. Dr. Amble's review of documents, preparation of his report and subsequent testimony were essential to the Defendant's proceedings in this matter.

4.    That as a result, the Defendant was incarcerated and was financially unable to pay for the services of Dr. Amble.

5.    Dr. Amble has submitted an invoice to the undersigned in the amount of $3,250.00 (see copy attached hereto), representing his total fees.

6.    That the undersigned inadvertently did not move this Court for approval of Dr. Amble's final fee.

WHEREFORE, the Defendant respectfully requests that the Court approve the submission of this invoice for payment under the Criminal Justice Act, nunc pro tunc.

                            THE DEFENDANT
                            MANUEL PALOMO

BY: _____
      MICHAEL S. HILLIS
      DOMBROSKI, KNAPSACK & HILLIS, LLC
      129 Whitney Avenue
      New Haven, CT 06511
      (203) 624-9096
      Bar #: ct11867

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Incur Expenses of Expert Witness Nunc Pro Tunc was sent, postage prepaid, this 16th day of February, 2006, to:

**WILLIAM NARDINI**, AUSA
157 Church Street, 23rd Floor
New Haven, Connecticut 06510

**CHAMBERS OF THE HONORABLE CHRISTOPHER F. DRONEY**
U.S. District Court
450 Main Street
Hartford, Connecticut 06106

_____
MICHAEL S. HILLIS

**Paul Thomas Amble, M.D.**
*Assistant Clinical Professor of Psychiatry*
*Yale University School of Medicine*
*Diplomat, American Board of Psychiatry and Neurology*
*Board Certified Forensic Psychiatrist*
*Telephone: 860-262-5882   Fax: 860-262-5842*

January 27, 2005

Michael S. Hillis
Dombroski Knapsack & Hillis, LLC
Attorneys and Counselors at Law
129 Whitney Ave.
New Haven, CT 06510

RE:   *United States of America vs. Manuel Palomo*
      Docket #: 3:02cr391 (CFD)

Dear Attorney Hillis

The following is an invoice for psychiatric services provided by me concerning the subject case.

| Date: | Activity | Time | x $250 = |
|---|---|---|---|
| 01-04-05 | Interview | 4 hrs. | $1000.00 |
| 01-04-05 | Travel (200 miles) | 3 hrs. | 750.00 |
| 01-05-05 | Document review; Report preparation | 3 hrs. | 750.00 |
| 01-14-05 | Report preparation | 2 hrs. | 500.00 |
| 01-25-05 | Report preparation | 1 hr. | 250.00 |
| **TOTAL:** | | 13 hrs. | $3,250.00 |

Sincerely,

*[signature]*

Paul Amble, MD
Russell Hall, Vance Drive
P.O. Box 351
Middletown, CT 06457