41



FILED
2006 FEB 17 A 11: 26
DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br><br>V.<br><br>MANUEL PALOMO<br>DEFENDANT | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CRIMINAL NO.: 3:02cr291 (CFD)<br><br><br><br>February 16, 2006 |

### MOTION FOR PERMISSION TO INCUR EXPENSES OF EXPERT WITNESS NUNC PRO TUNC

Pursuant to Title 18, U.S.C. Sec. 3006A, the Defendant, **MANUEL PALOMO**, respectfully requests that he be permitted to submit invoices for the services of Paul Thomas Amble, M.D. for his conferences with the Defendant, review of evidence and reports, preparation of his report for violation of probation purposes, nunc pro tunc. In support, the Defendant states the following:

1. As this Court is aware, Paul Thomas Amble, M.D., was deemed an expert in the field of psychiatry.

2. That the Court granted the Defendant's motion to employ his services for purposes of his evaluation for violation of probation proceedings.

3. Dr. Amble's review of documents, preparation of his report and subsequent testimony were essential to the Defendant's proceedings in this matter.

GRANTED, nunc pro tunc, subject to additional approval by the Court of Appeals. The Court finds that the expert services provided were necessary for adequate representation and the defendant was financially unable to obtain them. See 18 U.S.C. § 3006A(e)(1). So ordered.

Christopher F. Droney
United States District Judge
3/3/06